**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,[1] | ) ) ) | Case No. 15-01145 (ABG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**FIRST SUPPLEMENTAL VERIFIED STATEMENT OF THE AD HOC COMMITTEE
OF FIRST LIEN BANK LENDERS PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the Chapter 11 Cases commenced by the Debtors, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain beneficial holders or the investment advisors or managers for certain beneficial holders as identified on Exhibit A hereto (collectively, the "Ad Hoc Bank Lender Committee"), who are lenders (each, a "First Lien Bank Lender") to the Debtors and holders of loans ("First Lien Loans") issued pursuant to the Debtors' Third Amended and Restated Credit Agreement, dated as of July 25, 2014 (as the same may be further amended, restated or supplemented from time to time, the "Credit Agreement"), hereby submit this first supplemental verified statement (the "First Supplemental Verified Statement"), and in support thereof state as follows:

1.  In July 2014, the Ad Hoc Bank Lender Committee retained Stroock & Stroock & Lavan LLP ("Stroock") as counsel in connection with a potential restructuring of the outstanding debt obligations of the Debtors and its subsidiaries and affiliates. Upon the commencement of

---

[1] The last four digits of Caesars Entertainment Operating Company, Inc.'s tax identification number are 1623. Due to the large number of debtors (the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases"), a complete list of the Debtors and the last four digits of their respective federal tax identification numbers may be obtained at https://cases.primeclerk.com/CEOC.

the Debtors' Chapter 11 Cases, the Ad Hoc Bank Lender Committee retained Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman", and together with Stroock, "Counsel") as Illinois counsel.

2. On February 25, 2015, Counsel filed the *Verified Statement of the Ad Hoc Committee of First Lien Bank Lenders Pursuant to Federal Rule of Bankruptcy Procedure 2019*, ECF No. 479 (the "Original Statement").[2]

3. Since Counsel filed the Original Statement, the composition of, and/or the disclosable economic interests in the Debtors held by, the Ad Hoc Bank Lender Committee has changed. Accordingly, as required by Bankruptcy Rule 2019, Counsel hereby submits this First Supplemental Verified Statement to update and supplement the Original Statement.

4. As of the close of trading hours on June 19, 2015, the members of the Ad Hoc Bank Lender Committee hold claims or manage accounts that hold claims against the Debtors arising from the following: (i) First Lien Loans in the aggregate principal amount of approximately $2.97 billion (long positions), plus interest and other obligations, which amounts are secured by first priority liens and security interests in the Debtors' assets as set forth in the Credit Agreement and certain other documents related thereto; (ii) First Lien Bonds[3] in the aggregate principal amount of approximately $241.6 million (long positions), plus accrued interest and other obligations, which amounts are secured by first priority liens and security interests in the Debtors' assets as set forth in the First Lien Indentures and certain documents

---

[2] The facts and circumstances of the Original Statement are incorporated herein by reference as if set forth herein.

[3] The "First Lien Bonds" include indebtedness of the Debtors issued pursuant to the following instruments: (i) 11.25% Senior Secured Notes due 2017; (ii) 8.5% Senior Secured Notes due 2020 and (iii) 9% Senior Secured Notes due 2020 (collectively, the "First Lien Indentures").

2

related thereto; (iii) Second Lien Bonds[4] in the aggregate principal amount of approximately $126.5 million, plus accrued interest and other obligations, which amounts are secured by second priority liens and security interests in the Debtors' assets as set forth in the Second Lien Indentures and certain documents related thereto and (iv) Unsecured Debt[5] in the aggregate principal amount of approximately $5 million, plus accrued interest and other obligations.  In accordance Bankruptcy Rule 2019, attached hereto as Exhibit A is a list of the names, addresses and "the nature and amount of all disclosable economic interests" held by each member of the Ad Hoc Bank Lender Committee in relation to the Debtors as of the close of trading hours on June 19, 2015.

5. All of the information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose.  Nothing contained in this First Supplemental Verified Statement (including Exhibit A hereto) should be construed as a limitation upon, or waiver of the right of any individual member of the Ad Hoc Bank Lender Committee to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these Chapter 11 Cases.

6. As of the date of this First Supplemental Verified Statement, Counsel represents only the members of the Ad Hoc Bank Lender Committee and does not represent or purport to represent any other persons or entities in connection with the Chapter 11 Cases.  Counsel does not represent the members of the Ad Hoc Bank Lender Committee in connection with any

---

[4] The "Second Lien Bonds" include indebtedness of the Debtors issued pursuant to the following instruments: (i) 10.00% Second-Priority Senior Secured Notes due 2015; (ii) 10.00% Second-Priority Senior Secured Notes due 2018 and (iii) 12.75% Second-Priority Senior Secured Notes due 2018 (collectively, the "Second Lien Indentures").

[5] The "Unsecured Debt" include indebtedness of the Debtors issued pursuant to the following instruments: (i) 10.75% Senior Notes due 2016; (ii) 10.75%/11.5% Senior Toggle Notes due 2018; (iii) 6.5% Senior Notes due 2016 and (iv) 5.75% Senior Notes due 2017.

3

holdings in these Chapter 11 Cases other than holdings of First Lien Loans. Counsel does not hold any claims against the Debtors, nor do they own any equity securities of the Debtors.

7.  The information contained in <u>Exhibit A</u> is based upon information provided by members of the Ad Hoc Bank Lender Committee to Counsel. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

8.  Counsel reserves the right to amend or supplement this First Supplemental Verified Statement.

Dated: June 23, 2015
Chicago, Illinois

Respectfully submitted,

/s/ Brian L. Shaw
Brian L. Shaw
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151

-and-

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Kenneth Pasquale
Jonathan D. Canfield
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

*Counsel to the Ad Hoc Committee of First Lien Bank Lenders*

# EXHIBIT A

## Names, Addresses and Disclosable Economic Interests of the Ad Hoc Bank Lender Committee Members in Debtors[1]

| Name & Address | First Lien Loans | First Lien Bonds | Second Lien Bonds | Unsecured Debt |
|---|---|---|---|---|
| Aristeia Capital, L.L.C.<br>One Greenwich Plaza, 3rd Floor<br>Greenwich, CT 06830 | $110,386,077.67 | $4,500,000.00<br><br>($13,500,000.00 – short position) | $22,500,000.00 | - |
| Drawbridge Special Opportunities Advisors LLC<br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105 | $70,365,116.88 | - | - | - |
| Franklin Mutual Advisers, LLC<br>101 John F. Kennedy Parkway<br>Short Hills, NJ 07078 | $378,237,615.00 | $70,000,000.00 | - | - |
| FS Investment Corporation<br>201 Rouse Boulevard<br>Philadelphia, PA 19112 | $99,578,182.00 | - | - | - |
| FS Investment Corporation II<br>201 Rouse Boulevard<br>Philadelphia, PA 19112 | $102,574,842.00 | - | - | - |

---

[1] The amounts set forth in this Exhibit A include only outstanding principal and do not include interest and other amounts or claims arising under, or related to, the relevant debt instruments. The amounts set forth in this Exhibit A are as of the close of trading hours on June 19, 2015. Nothing contained herein should be construed as a limitation upon, or waiver of the right of any individual member of the Ad Hoc Bank Lender Committee to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these Chapter 11 Cases.

| Name & Address | First Lien Loans | First Lien Bonds | Second Lien Bonds | Unsecured Debt |
|---|---|---|---|---|
| FS Investment Corporation III<br>201 Rouse Boulevard<br>Philadelphia, PA 19112 | $6,871,143.00<br><br>$15,200,000.00 – total return swap | - | - | - |
| FS Global Credit Opportunities Fund<br>201 Rouse Boulevard<br>Philadelphia, PA 19112 | $17,881,665.00 | - | - | - |
| GSO Capital Partners LP<br>345 Park Avenue, 31st Floor<br>New York, NY 10154 | $399,478,009.33 | - | - | - |
| H/2 Credit Manager LP<br>680 Washington Boulevard<br>Stamford, CT 06901 | $183,903,977.00 | $39,964,000.00 | - | - |
| HG Vora Capital Management, LLC<br>330 Madison Avenue, 23rd Floor<br>New York, NY 10017 | $96,515,000.00 | - | - | - |
| Invesco Senior Secured Management, Inc.<br>1166 Avenue of the Americas, 26th Floor<br>New York, NY 10036 | $139,282,345.98 | - | - | - |
| KKR Credit Advisors (US) LLC<br>555 California Street, 50th Floor<br>San Francisco, CA 94104 | $88,744,486.00 | - | - | - |
| Owl Creek Investments I, LLC<br>640 Fifth Avenue, 20th Floor<br>New York, NY 10019 | $200,000,000.00 | - | - | - |
| OZ Special Master Fund, Ltd.<br>9 West 57th Street<br>New York, NY 10019 | $374,001,697.00 | - | - | - |

| Name & Address | First Lien Loans | First Lien Bonds | Second Lien Bonds | Unsecured Debt |
|---|---|---|---|---|
| Silver Point Capital, L.P.<br>2 Greenwich Plaza<br>Greenwich, CT 06830 | $114,479,394.12 | $46,175,000.00 | $104,000,000.00 | - |
| Solus Alternative Asset Management<br>410 Park Avenue<br>New York, NY 10022 | $489,071,880.00 | $66,000,000.00 | - | - |
| Taconic Capital Advisors L.P.<br>450 Park Avenue, 9th Floor<br>New York, NY 10022 | $102,542,481.20 | $15,000,000.00 | - | $5,000,000.00 |
| **AD HOC BANK LENDER COMMITTEE TOTALS** | **$2,973,913,912.18**<br><br>**$15,200,000.00 – total return swap** | **$241,639,000.00**<br><br>**($13,500,000.00 – short position)** | **$126,500,000.00** | **$5,000,000.00** |